U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

OCT 28 2016

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Landry, et al | Civil Action No. 6:16-cv-00192 |
| versus | Judge Rebecca F. Doherty |
| NuVasive Inc., et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiffs' oral motion to amend is **GRANTED**.

**IT IS FURTHERED ORDERED** that NuVasive Inc.'s Motion To Dismiss is **GRANTED IN PART** and Plaintiffs' Claims (3) and (4) are **DISMISSED WITH PREJUDICE**, and **DENIED IN PART WITHOUT PREJUDICE** as to Plaintiffs' Claims (1) and (2), to the right of NuVasive to re-urge the Motion, if appropriate.

**IT IS FURTHERED ORDERED** that not later than twenty-one (21) days from the date of the entry of this Judgment, Plaintiffs shall file their amended Complaint.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this _27_ day of _October_, 2016.

Rebecca F. Doherty
United States District Judge