RECEIVED

MAR - 1 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Landry, et al | Civil Action No. 6:16-cv-00192 |
| versus | Judge Rebecca F. Doherty |
| NuVasive Inc., et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss under Fed. R. Civ. P. 12(b)(6) filed by Defendant, NuVasive, Inc. [Rec. Doc. 48] is **GRANTED** and Plaintiffs' claim for defective design is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of March, 2017.

Rebecca F. Doherty
United States District Judge